UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON                                                              **DATE:** NOVEMBER 24, 2025

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN MCKAY-SOULE

**TITLE OF CASE:**                                                          DOCKET # 3:25-CR-473-1 (ZNQ)
UNITED STATES OF AMERICA
        vs.
JEFFREY KNIFFIN
        DEFENDANT PRESENT

**APPEARANCES:**
Jonathan Garelick, AUSA for Government
John Holliday, CJA for Defendant
Laura Kellogg, U.S. Probation

**NATURE OF PROCEEDINGS**: SENTENCING
Imprisonment: 63 months.
Supervised Release for a term of 3 years, with special conditions.
Fine: Waived.
Restitution: $1,938.00
Special Assessment: $100.00.
Order of Restitution to be filed.
Order of Forfeiture to be filed.
Defendant advised of right to appeal.
Defendant remanded.

Time Commenced:   11:00 AM
Break: 11:35 AM-11:45 AM
Time Adjourned:    11:55 AM
Total Time:   45 mins.

                                                                              s/ Kimberly Stillman
                                                                              **DEPUTY CLERK**